# Court of Appeals
# of the State of Georgia

ATLANTA, December 17, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0509. HEERY INTERNATIONAL, INC., et al. v. DEKALB COUNTY SCHOOL DISTRICT, et al.**

Appellant Heery International, Inc., d/b/a Heery/Mitchell, a Joint Venture, has filed a motion to withdraw its appeal, based on the fact that the parties have entered into a settlement agreement that resolves this litigation. Appellees DeKalb County School District, Crawford Lewis, and Patricia Reid have not opposed this motion. Accordingly, appellant's motion to withdraw this appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/17/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*